FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 12 AM 11: 46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW CELESTINE | CIVIL ACTION |
| VERSUS | NO. 00-0011 |
| EDGAR C. DAY, Jr. ET AL | SECTION "R"(3) |

## JUDGMENT

The Court having considered the petition, the record, the applicable law, and for the written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition of Andrew Celestine is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12 day of October, 2000.

_Sarah Vance_
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
OCT 1 2 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____