


MINUTE ENTRY
VANCE, J.
NOVEMBER 9, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW CELESTINE | CIVIL ACTION |
| VERSUS | NO. 00-11 |
| EDGAR C. DAY, JR., ET AL. | SECTION: "R" |

### DENIAL OF CERTIFICATE OF APPEALABILITY

This Court denied petitioner Andrew Celestine's writ of *habeas corpus* on October 4, 2000. Petitioner subsequently appealed that judgment to the Fifth Circuit. The Court must now address whether to grant petitioner a certificate of appealability ("COA"), pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c).

The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") requires this Court to grant a COA if the applicant has made a "substantial showing" of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). The Fifth Circuit has held that

DATE OF ENTRY
NOV 9 - 2000



this standard is the same as that for a "certificate of probable cause" under pre-AEDPA law. *Lucas v. Johnson*, 132 F.3d 1069, 1073 (5th Cir. 1998). To make the requisite "substantial showing" and qualify for a COA, the petitioner must "demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues (in a different manner); or that the questions are adequate to deserve encouragement to proceed further." *Id.* (quoting *Drinkard v. Johnson*, 97 F.3d 751, 756 (5th Cir. 1996)).

Petitioner has failed to make a substantial showing of the denial of a constitutional right. This Court denied Celestine's petition for *habeas* relief on the grounds (1) that the state presented sufficient evidence to support his conviction and (2) that plaintiff failed to show that the decision rendered by the Louisiana Fifth Circuit Court of Appeal was objectively unreasonable.

For the foregoing reasons, this Court holds that Andrew Celestine has failed to demonstrate that his claims merit further consideration under the standard set forth in *Lucas* and therefore denies his COA.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE