

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -7 AM II: 02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW CELESTINE 392578                       CIVIL ACTION


VERSUS                                        NUMBER: 00-11


EDGAR C. DAY JR, ET AL                        SECTION: R (3)

                              ORDER

    Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☐   the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐   the motion is MOOT; the party was previously granted pauper status.

☐   the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐   the motion is DENIED as MOOT; the filing fee has already been paid.

DATE OF ENTRY

DEC  7 2000

Fee
Process
X  Dktd
CtRmDep
Doc.No.

☐    the motion is DENIED due to the party's failure to provide this court with the requisite financial information.

☑    the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons: _____

_____ SEE ATTACHED _____

_____

_____

_____

New Orleans, Louisiana, this **7th** day of **DECEMBER**, 2000.

_____

UNITED STATES DISTRICT JUDGE

-2-

The Court certifies that this appeal is frivolous and is not brought in good faith pursuant to Federal Rule of Appellate Procedure 24(a) and 28 U.S.C. 1915(a)(3).  On  October 4, 2000, this Court dismissed with prejudice Andrew Celestine's petition for *habeas* relief on the grounds (1) that the state presented sufficient evidence to support his conviction and (2) that he failed to show that the decision rendered by the Louisiana Fifth Circuit Court of Appeal was objectively unreasonable.  After reviewing petitioner's appeal, the Court finds that it fails to present any nonfrivolous issue that warrants a departure from the prior judgment denying post-conviction relief.