IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 00-31329

CA 00-11 R

ANDREW CELESTINE

    Petitioner - Appellant

v.

EDGAR C DAY JR

    Respondent - Appellee

———————————

———————————
Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
———————————

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of March 5, 2001, for want of prosecution. The appellant failed to timely pay the docketing fee.

                          CHARLES R. FULBRUGE III
                          Clerk of the United States Court
                          of Appeals for the Fifth Circuit

                By: _____
                          Claudia Farrington, Deputy Clerk

                          FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test
Clerk, U S Court of Appeals, Fifth Circuit
By _____
                Deputy  3/5/01
New Orleans, Louisiana